

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00513-CR

Edward **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7827
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 15, 2016.

Sandee Bryan Marion, Chief Justice